UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA BUIS,

     Plaintiff,

                                     Case No. 25-cv-14060
v.                                 Hon. Matthew F. Leitman

TIFFANY LaLONDE*, et al.*,

     Defendant.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, *pro se* Plaintiff Felicia Buis alleges that Defendants Tiffany LaLonde and Ashlee Cook violated her civil rights. (*See* Compl., ECF No. 1.) On December 18, 2025, the Court directed Buis to complete and submit certain documents to the Clerk of the Court so that her Complaint could be served on the Defendants. (*See* Order, ECF No. 6.) The deadline for Buis to submit those documents was January 5, 2026. Buis failed to do so. In addition, Buis has neither contacted the Court to ask for additional time to comply with the Court's December 18 order nor provided any explanation for her failure to submit the documents. The failure to comply with the Court's order is not a mere technical violation of the rules. Without the requested service documents, the Court cannot serve the Complaint on the Defendants and this case cannot progress forward.

1

Thus, because Buis has failed to comply with the Court's December 18 order, the Court **DISMISSES** her Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 4, 2026

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 4, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2